# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2026 KW 0201

VERSUS

DION HARRIS                                            **APRIL 20, 2026**

---

In Re:   Dion Harris, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 615269.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of the bill of information, pertinent criminal court minutes, the motion to quash, the State's opposition, and the motion hearing transcript. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date and the application shall be filed on or before June 22, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT